# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Edgar Geovanny Chicaiza Dutan,<br><br>Petitioner(s),<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea,<br><br>Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-04640-ECT-JFD |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Petitioner Edgar G.C.D.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1], is GRANTED IN PART.

2. Within 7 days (to exclude federal holidays), Respondents must hold a bond hearing in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody.

Date: 12/22/2025                                           KATE M. FOGARTY, CLERK